B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

|  |  |
|---|---|
| In re: | : |
|  | : |
| **Lance Leonard Summers** | : **Case No.: 16-21742** |
| **Dana Ilean Summers** | : **Chapter 13** |
|  | : **Judge Kent Lindquist** |
| **Debtor.** | : * * * * * * * * * * * * * * * * * * * * |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Select Portfolio Servicing, Inc., as servicing
agent for U.S. Bank Trust National Association,
as Trustee for Towd Point Master Funding Trust
2019-PM8
_____
Name of Transferee

Bank of America, N.A.
_____
Name of Transferor

Name and Address where notices to Transferee
should be sent:

Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Phone: (800)258-8602
Last four Digits of Acct #: 9139

Court claim # (if known):  15
Amount of Claim
    Total Debt: $10,401.37
    Arrearage Portion:  $957.12
Date Claim Filed:  September 28, 2016

Phone: (800)669-6607
Last Four Digits of Acct. #: 3117

Name and Address where Transferee payments
should be sent (if different from above):

Select Portfolio Servicing, Inc.
Attn: Remittance Processing
P.O. Box 65450
Salt Lake City UT 84165-0450

Phone:  (800)258-8602
Last four Digits of Acct #: 9139

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  ___/s/ Adam B. Hall_____        Dated:___11/27/2019_____

Penalty for making a false statement:  Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

19-040616_REG

B 2100A (Form 2100A) (12/15)

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a copy of the foregoing Transfer of Claim was

served on the parties listed below via e-mail notification:

Nancy J. Gargula, Office of the U.S. Trustee, Region 10, 101 W. Ohio St., Room 1000, Indianapolis IN 46204

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN  46410

Miguel F. Martinez, Attorney for Lance Leonard Summers and Dana Ilean Summers, Law Office of Moseley & Martinez, LLC, 8002 Utah Street, Merrillville, IN  46410, mmartinez@mm-bklaw.com

Daniel W Matern, Attorney for Lance Leonard Summers and Dana Ilean Summers, Law Office of Moseley & Martinez, LLC, 1559 East 85th Avenue, Merrillville, IN  46410, dmatern@mm-bklaw.com

and on the below listed parties by regular U.S. mail, postage prepaid on November  27 , 2019:

Lance Leonard Summers and Dana Ilean Summers, 17976 Buchanan Street, Lowell, IN 46356

Lance Leonard Summers and Dana Ilean Summers, 117976 Buchanan Street, Lowell, IN 46356

Indiana Department of Revenue, Bankruptcy Section, N-203, 100 North Senate Room N240, MS 108, Indianapolis, IN  46201

Bank Of America, N.a, 4909 Savarese Cir, Tampa, FL  33634

Seterus, Inc, 14523 Sw Millikan Way St, Beaverton, OR  97005

/s/ Adam B. Hall

19-040616_REG