UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Lance Leonard Summers | : | Case No.: 16-21742 |
| Dana Ilean Summers | : | Chapter 13 |
| | : | Judge Kent Lindquist |
| Debtor(s). | : | * * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR NOTICES
### (DOCKET NO. 106)

COMES NOW, Attorney Sarah E. Barngrover and hereby withdraws her Notice of Appearance and Request for Notices, filed on behalf of U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 on November 18, 2019.  Sarah E. Barngrover is leaving their employment at Manley Deas Kochalski LLC and will no longer be associated with this file.  U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2019-PM8 has other counsel in this action, Attorney Edward H. Cahill, who filed their Notice of Appearance on September 20, 2021 as docket number 142 and will not be prejudiced by this withdrawal.

Respectfully submitted,

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-040616_HAF

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Withdrawal of Notice of Appearance and Request for Notices was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Paul R. Chael, 401 West 84th Drive, Suite C, Merrillville, IN  46410, pchael13@ecf.epiqsystems.com

Miguel F. Martinez, Attorney for Lance Leonard Summers and Dana Ilean Summers, 8002 Utah Street, Merrillville, IN  46410, mmartinez@moseleymartinez.com

Daniel W Matern, Attorney for Lance Leonard Summers and Dana Ilean Summers, Law Office of Moseley & Martinez, LLC, 8002 Utah Street, Merrillville, IN  46410, dmatern@moseleymartinez.com

and on the below listed parties by regular U.S. mail, postage prepaid on September 20, 2021:

Lance Leonard Summers and Dana Ilean Summers, 17976 Buchanan Street, Lowell, IN 46356

Lance Leonard Summers and Dana Ilean Summers, 117976 Buchanan Street, Lowell, IN 46356

/s/ Sarah E. Barngrover

19-040616_HAF